# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| **v.** | **Criminal Action Number** **3:00CR-109-J** |

**MATTHEW RANKIN**

## ORDER

In response to previous order of this Court, the United States produced from Amanda Burkhart's computer print-outs showing electronic communications with other persons. The United States provided these documents for *in camera* inspection. The Court subsequently advised the parties that it had examined each page and had determined that the papers included no exculpatory material. It appearing that these papers should be preserved for a reasonable time period and should not be made part of the court record,

**IT IS ORDERED** that the United States shall take possession of the papers printed from Amanda Burkhart's computer and shall preserve them intact for a period of one year following entry of judgment in this matter, whereupon they may be destroyed if no post-conviction challenge has been filed.

This 2nd day of February, 2006

ENTERED BY ORDER OF THE COURT:
EDWARD H. JOHNSTONE, SENIOR JUDGE
JEFFREY A. APPERSON, CLERK
UNITED STATES DISTRICT COURT
By: /s/ Kathryn D. Niemann
       Deputy Clerk

cc: Counsel of Record